**Motion Denied and Order filed July 19, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00537-CV
_____

**STOCKDICK LAND COMPANY, STEPHEN N. RINER, AND WADE A. RINER, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL COMPANY, AS INDENTURE TRUSTEE, AND CARRINGTON MORTGAGE SERVICES, LLC, Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-60974A**

---

## ORDER

The combined appellee's and cross-appellant's brief was originally due April 5, 2018. We granted extensions of time to file the combined appellee's and cross-appellant's brief until July 20, 2018. When we granted the final extension, we noted that no further extensions would be granted absent exceptional circumstances. On July 13, 2018, counsel filed a further request for extension of

time to file the combined appellee's and cross-appellant's brief. We deny the request and issue the following order.

We order appellee/cross-appellant to file a brief with the clerk of this court on or before August 20, 2018. If appellee/cross-appellant does not timely file the brief as ordered, the court will dismiss the cross-appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.